United States District Court
Southern District of Texas
**ENTERED**
June 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTOPHER  WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-696 |
| | § | |
| HELIX ENERGY SOLUTIONS GROUP INC., | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Stipulation filed on June 22, 2017, (Doc # 12), it is hereby

ORDERED that this action be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure.

It is so ORDERED. 06/22/2017.

_____

The Honorable Alfred H. Bennett
United States District Judge